UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKKA LIEN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>TALKDESK, INC.,<br><br>    Defendant. | 24-cv-06467-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without leave to amend, now enters judgment in favor of the defendant and against the plaintiffs.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  February 19, 2025

VINCE CHHABRIA
United States District Judge